| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | Report Required by the Ethics in Government Act of 1978 (5 U.S C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) White, Jeffrey S | 2. Court or Organization U.S. District, Northern Calif | 3. Date of Report 04/28/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Court Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address U.S. District Court, Northern District of Calif 450 Golden Gate Avenue San Francisco, CA 94102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3 | |
| 4 | |
| 5 | |

# II. AGREEMENTS. *(Reporting individual only; see pp 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements )*

| DATE | PARTIES AND TERMS |
|---|---|
| 1 | |
| 2. | |
| 3 | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 04/28/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours. not spouse's) |
|---|---|---|
| 1. 2009 | UC Berkeley Boalt Law - Teaching | $11,184 00 |
| 2 | | |
| 3 | | |
| 4 | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1 | |
| 2. | |
| 3 | |
| 4 | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. see pp 25-27 of filing instructions)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 04/28/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts )*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Paul Dylliaco, Citibank - Smith Barney | 4 Tickets to PGA SF golf tournament | $300.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5 | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4 | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 04/28/2010 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1    ISHARES MSCI Eafe Index Fund | A | Dividend | K | T | | | | | |
| 2.    GMAC 0% Bond (formerly GM Corp Bond) | | None | K | T | | | | | |
| 3    ISHARES DJ US Basic Materials | A | Dividend | K | T | | | | | |
| 4    ISHARES Goldman Sach Tech 1 | A | Dividend | L | T | | | | | |
| 5    ISHARES US Consumer Noncyclic | B | Dividend | L | T | | | | | |
| 6.    ISHARES US Consumer Cyclic | A | Dividend | K | T | Buy (add'l) | 05/05/09 | J | | |
| 7    ISHARES DJ US Energy Sector | B | Dividend | L | T | | | | | |
| 8    ISHARES DJ US Financial Sector | A | Dividend | K | T | | | | | |
| 9    ISHARES DJ US Healthcare Sector | A | Dividend | L | T | | | | | |
| 10.    ISHARES DJ US Telecommunications | B | Dividend | K | T | | | | | |
| 11    ISHARES DJ US Utilities Sector | B | Dividend | K | T | | | | | |
| 12    Consumer Discretionary Sector SPDR | A | Dividend | K | T | | | | | |
| 13    Consumer Staples Select Sector SPDR Trust | B | Dividend | L | T | | | | | |
| 14.    Financial Select Sector SPDR | A | Dividend | K | T | Buy (add'l) | 05/05/09 | J | | |
| 15    Health Care Select Sector SPDR | A | Dividend | K | T | Sold (part) | 04/30/09 | K | | |
| 16    Industrial Select Sector SPDR | B | Dividend | L | T | | | | | |
| 17    Technology Select Sector SPDR | B | Dividend | L | T | | | | | |

1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15 000 | L =$15 001 - $50,000
| F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 |
2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 $50,000 | L =$50 001 - $100,000 | M =$100,001 - $250,000
| N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000
| P3 =$25,000,001 $50,000,000 | P4 =More than $50,000,000
3 Value Method Codes (See Column C2) | Q Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market
| U =Book Value | V =Other | W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 04/28/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions )*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18 | Legg Mason Clearbridge Diversified Large Cap Growth Fund | A | Dividend | J | T | | | | | See Note 1 |
| 19. | ISHARES - S&P Euro 350 Index | A | Dividend | K | T | | | | | |
| 20. | Oppenheimer Intl Diversified Fund Class A | A | Dividend | J | T | | | | | See Note 2 |
| 21. | Oppenheimer Global Fund Class A | A | Dividend | K | T | Sold<br>(part) | 06/11/09 | J | | |
| 22. | Oppenheimer Main Street Oppo. Fund Class A | A | Dividend | J | T | | | | | |
| 23 | Oppenheimer Main Street Oppo Fund Class B | | None | | | Merged<br>(with line 22) | | | | See Note 2 |
| 24. | Oppenheimer Main Street Small Cap Fund Class B | A | Dividend | J | T | | | | | See Note 2 |
| 25. | Oppenheimer Select Value Fund Cl A | A | Dividend | K | T | | | | | |
| 26 | Oppenheimer Equity Fund Class A | A | Dividend | J | T | Sold<br>(part) | 06/11/09 | J | | |
| 27. | Schwab Advisor Cash Preimer Sweep | A | Interest | J | T | | | | | |
| 28. | Schwab Calif Tax Free Fund Sweep | | None | | | Closed | 01/01/09 | J | | |
| 29 | SPDR Homebuilders ETF | A | Dividend | J | T | Buy<br>(add'l) | 05/05/09 | J | | |
| 30 | iShares Dow Jones U.S Real Estate Index | A | Dividend | J | T | | | | | |
| 31 | Citibank MLD fund Linked to S&P 500 | A | Dividend | | | Sold | 04/09/09 | L | | |
| 32. | Ally Bank CDs (formerly GMAC) | C | Interest | M | T | | | | | |
| 33 | Claymore/BNY BRIC EFT | A | Dividend | K | T | Buy | 04/30/09 | J | | |
| 34 | California St Economic Receovery CA GO 5 25% | A | Interest | K | T | Buy | 04/17/09 | K | | |

| 1 Income Gain Codes | A $1,000 or less | B =$1,001 - $2,500 | C -$2 501 - $5,000 | D =$5,001 - $15,000 | E -$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000 001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K = $15,001 - $50,000 | L =$50,001 - $100,000 | M -$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250 001 - $500 000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 -$5,000 001 - $25 000 000 | |
| | P3 -$25 000 001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q -Appraisal | R Cost (Real Estate Only) | S =Assessment | T -Cash Market | |
| (See Column C2) | U -Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 04/28/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br>(2)<br>Type (e g ,<br>div., rent,<br>or int ) | C.<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br>(2)<br>Date<br>mm/dd/yy | <br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35  California St CA GO 5% | A | Interest | K | T | Buy | 04/17/09 | K | | |
| 36 | | | | | | | | | |
| 37.  Orrick Investments 2000 LLC | A | Int./Div. | J | U | | | | | |
| 38.  Pollock Montgomery Washington Tower Investors II Partnership | A | Int /Div | K | U | | | | | |
| 39  Intercarp Limited Partnership | A | Int./Div | | | Closed | 12/31/09 | K | | |
| 40  Lincoln Financial Annuity - Lincoln VIP Moderate Profile | | None | M | T | | | | | |
| 41  Lincoln Financial Annuity - Lincoln Choice Plus | | None | N | T | | | | | |
| 42.  Pollock 2007-2008 Independent Investors, LLC | A | Int./Div. | K | U | | | | | |
| 43 | | | | | | | | | |
| 44  Citigroup IRA # 1 (formerly listed as Citicorp) | D | Int./Div. | M | T | | | | | |
| 45.  -MFS Total Return Fund A | | | | | | | | | |
| 46  -Legg Mason Clearbridge Fundamental Value Fund Class B | | | | | | | | | See Note 1 |
| 47  -Goldman Sachs Bank USA CDs | | | | | | | | | |
| 48.  -Citibank NA South Dakota Bank Deposit Program (x) | | | | | | | | | |
| 49  -Legg Mason Clearbridge Fundamento Value Fund Class A | | | | | Spinoff (from line 46) | | | | |
| 50 | | | | | | | | | |
| 51.  Citigroup IRA # 2 (formerly listed as Citibank) | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1 000,000 | H1 =$1 000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250 001 - $500 000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000 000 | P2 =$5,000,001 - $25 000 000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000 000 | | |
| 3 Value Method Codes | Q =Appraisal | R  Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 04/28/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ **NONE** *(No reportable income, assets, or transactions)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. -MFS Total Return Fund A | | | | | | | | | |
| 53. -Leggs Mason Clearbridge Value Fund Class B | | | | | | | | | See Note 1 |
| 54 -GE Money Bank CD | | | | | | | | | |
| 55 -Citibank NA South Dakota Bank Deposit Program (x) | | | | | | | | | |
| 56 -Legg Mason Clearbridge Value Fund Class A | | | | | Spinoff (from line 53) | | | | |
| 57 | | | | | | | | | |
| 58 Charles Schwab - IRA Rollover (formerly listed as 401K/IRA) | F | Int /Div. | P1 | T | | | | | |
| 59 -Schwab Adviser Cash Premier (Formerly Money Market Fund) | | | | | | | | | |
| 60 -Chase Manhattan Corp Bond | | | | | Redeemed | 02/15/09 | K | | |
| 61 | | | | | Redeemed | 11/15/09 | L | | |
| 62 -Ford Motor Credit Note | | | | | Redeemed | 01/12/09 | K | B | |
| 63. -Citigroup Inc | | | | | Redeemed | 02/09/09 | L | | |
| 64 -Coca-Cola Enterprises | | | | | Sold | 03/31/09 | M | | |
| 65 -JP Morgan & Co Corp Bond | | | | | Redeemed | 01/15/09 | K | | |
| 66. -International Lease Finance Corp | | | | | Redeemed | 03/15/09 | L | | |
| 67. -Morgan Stanley | | | | | Redeemed | 01/15/09 | L | | |
| 68. -Target Corp | | | | | Redeemed | 06/15/09 | K | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1 000 or less F -$50,001 - $100 000 | B =$1 001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5 000,000 | D =$5,001 - $15,000 H2 - More than $5,000,000 | E =$15,001 $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 - $25,000 001 - $50,000,000 | K =$15,001 $50,000 O =$500,001 - $1,000 000 | L =$50,001 - $100,000 P1 =$1 000,001 - $5,000,000 P4 -More than $50,000 000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25 000,000 | |
| 3 Value Method Codes (See Column C2) | Q -Appraisal U - Book Value | R =Cost (Real Estate Only) V Other | S Assessment W =Estimated | T -Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 04/28/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. -Financial Select Sector SPDR | | | | | | | | | |
| 70. -Goldman Sachs Group Inc Bond 4.5% | | | | | | | | | |
| 71. -India Fund, Inc | | | | | | | | | |
| 72. -Industrial Select Sect SPDR | | | | | | | | | |
| 73. -ISHARES FTSE/Xinua China 25 | | | | | | | | | |
| 74. -JP Morgan Chase and Co Bond | | | | | | | | | |
| 75. -Bellsouth Cap Funding | | | | | | | | | |
| 76. -ISHARES - MSCI Australia Index | | | | | | | | | |
| 77. -ISHARES - MSCI Canada Index | | | | | | | | | |
| 78. -ISHARES - MSCI EAFE Index Fund | | | | | | | | | |
| 79. -ISHARES - MSCI Emerging Markets Index | | | | | | | | | |
| 80. -ISHARES - MSCI Japan Index | | | | | | | | | |
| 81. -ISHARES - MSCI Malaysia Index | | | | | | | | | |
| 82. -ISHARES - S&P Europe 350 Index | | | | | | | | | |
| 83. -ISHARES - S&P Latin America 400 Index | | | | | | | | | |
| 84. -ISHARES - Global Industrials | | | | | | | | | |
| 85. -Phoenix Co 7.45% Preferred | | | | | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E - $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 04/28/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  -Aetna Inc 7.875% Bond | | | | | | | | | |
| 87.  -Conoco Phillips Bond 4 4% | | | | | | | | | |
| 88.  -Disney (Walt) Company 6.375% Bond | | | | | Buy (add'l) | 03/10/09 | L | | |
| 89.  -Du Pont de Nemours 6 875% | | | | | Redeemed | 10/15/09 | K | | |
| 90  -General Electric Cap Corp 5.25% Bond | | | | | | | | | |
| 91  -General Electric Capital Corp 6% Bond | | | | | | | | | |
| 92.  -Geneeral Electric Captial Corp 4.8% Bond | | | | | | | | | |
| 93  -Goldman Sachs Group Inc 5.45% Bond | | | | | | | | | |
| 94.  -Hewlett-Packard Co 5.25% Bond | | | | | | | | | |
| 95.  -Honeywell International 6.125% Bond | | | | | | | | | |
| 96.  -PepsiCo Inc 4 65% Bond | | | | | | | | | |
| 97.  -Verizon Communications 4.35% Bonds | | | | | | | | | |
| 98  -Wells Fargo & Company 6.375% Bond | | | | | | | | | |
| 99  -Du Pont de Nemours 5.00% | | | | | Buy | 02/10/09 | L | | |
| 100  -California St CA GO- Taxable 4 85% | | | | | Buy | 10/09/09 | L | | |
| 101 | | | | | Buy (add'l) | 12/02/09 | K | | |
| 102  -Caterpillar - Fiancial Services Corp 6.2% | | | | | Buy | 06/19/09 | K | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A –$1,000 or less | B –$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15 000 | E - $15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 =$1 000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M –$100 001 - $250,000 | |
| | N =$250,001 - $500,000 | O - $500,001 - $1,000,000 | P1 - $1,000,001 - $5,000,000 | P2 =$5,000,001 - $25 000,000 | |
| | P3 =$25,000,001 - $50 000,000 | | P4 =More than $50,000 000 | | |
| 3 Value Method Codes (See Column C2) | Q - Appraisal | R =Cost (Real Estate Only) | S =Assessment | T Cash Market | |
| | U =Book Value | V Other | W –Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 04/28/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Dell Inc 5.625% | | | | | Buy | 04/03/09 | L | | |
| 104. -Hewlett Packard - Electronic Data System 6% | | | | | Buy | 02/10/09 | L | | |
| 105 | | | | | Buy (add'l) | 03/12/09 | I | | |
| 106 -IBM Corp 6.5% | | | | | Buy | 02/09/09 | L | | |
| 107. -Pfizer Inc 4 45% | | | | | Buy | 03/23/09 | L | | |
| 108 -Wyeth (Pfizer) 5.5% | | | | | Buy | 03/24/09 | L | | |
| 109. | | | | | Buy (add'l) | 04/07/09 | K | | |
| 110 -iShares MSCI Turkey Index | | | | | Buy | 11/10/09 | J | | |
| 111 | | | | | | | | | |
| 112. Schwab IRA Account | A | Int./Div. | L | T | | | | | |
| 113. -Schwab Advisor Cash Premier - Sweep | | | | | | | | | |
| 114. -Claymore/BNY BRIC EFT | | | | | | | | | |
| 115. -Powershares QQQ Nasdaq 100 | | | | | | | | | |
| 116. -iShares S&P 500/Barr Browth | | | | | | | | | |
| 117 -iShares S&P Global 100 | | | | | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D $5,001 $15 000 | E - $15,00 - $50 000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100 001 - $1 000,000 | H1 =$1,000 001 - $5,000,000 | H2 =More than $5,000 000 | |
| 2 Value Codes | J =$15,000 or less | K =$15 001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O - $500,001 - $1,000,000 | P1 =$1,000,001 - $5 000,000 | P2 =$5,000,001 - $25,000 000 | |
| | P3 =$25,000,001 - $50,000 000 | | P4 - More than $50,000 000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S –Assessment | T –Cash Market | |
| (See Column C2) | U –Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 04/28/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Note 1 Legg Mason investments name changed from Legg Mason Partners to Legg Mason Clearbridge in the current reporting period

Note 2 These Oppenheimer Investments were converted to Class A from Class B funds by the investment holding company automatically during the current reporting period

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 04/28/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Sign

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FAL_____ BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544